CARI A. COHORN (State Bar No. 249056)
COHORN LAW
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 993-9005
Fax: (415) 365-9650
Email: cohorn@cohornlaw.com

Attorneys for Plaintiff Gerald A. Forrest

ROBERT A. WEIKERT (State Bar No. 121146)
ALDO E. IBARRA (State Bar No. 268585)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Fax: (415) 984-8300
Email: rweikert@nixonpeabody.com
aibarra@nixonpeabody.com

Attorneys for Defendant Vic Firth Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT CALIFORNIA

| | |
|---|---|
| GERALD A. FORREST, an individual doing buisness as GOSPELCHOPS,<br><br>Plaintiff,<br><br>v.<br><br>VIC FIRTH COMPANY, a Massachusetts corporation,<br><br>Defendant. | Case No: 2:16-cv-02981-KJM-EFB<br><br>**STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271; ORDER** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program ("VDRP"). The parties request that, pursuant to Local Rule 270(e)(3), the VDRP Administrator supply the parties of a list of potential Neutrals, from which the parties shall agree upon one. The VDRP process (specifically, mediation) should take place in May or June 2017 or as soon thereafter as is convenient to the Court, with the Neutral to file confirmation of the completion within 14 days after the completion of the process. No aspect of pretrial activity should be stayed until the session is concluded, and no modification of the case management plan proposed by the parties in their Joint Status Report, filed concurrently herewith, is advisable.

**IT IS SO STIPULATED.**

Dated: April 24, 2017                    COHORN LAW

                                              By */s/ Cari A. Cohorn*
                                                  Cari A. Cohorn
                                                  Attorneys for Plaintiff

Dated: April 24, 2017                    NIXON PEABODY LLP

                                                By */s/ Aldo E. Ibarra (as authorized 4/19/17)*
                                                  ROBERT A. WEIKERT
                                                  ALDO E. IBARRA
                                                  Attorneys for Defendant

---

**ORDER**

Given the parties' stipulation, the court refers the matter to the court's ADR Coordinator Sujean Park for the scheduling of a VDRP session as requested by the parties. The initial scheduling conference on April 27, 2017 is VACATED. The court will issue a scheduling order based on the parties' joint status report so the case schedule is clear if the case does not settle in VDRP. The parties may jointly request a status or scheduling conference following the completion of VDRP if they believe meeting with the court is then warranted.

/////

/////

IT IS SO ORDERED.

Dated: April 24, 2017

_____
UNITED STATES DISTRICT JUDGE

Cohorn Law
101 California Street, Suite 2710
San Francisco, CA 94111
Telephone: (415) 993-9005