UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD A. FORREST, an individual doing business as GOSPELCHOPS,<br><br>Plaintiff,<br><br>v.<br><br>VIC FIRTH COMPANY, a Massachusetts corporation,<br><br>Defendants. | No. 2:16-cv-02981-KJM-EFB<br><br><br>FIRST AMENDMENT<br>TO THE SCHEDULING ORDER |

The parties jointly request (ECF No. 22) to amend dates in the pretrial scheduling order (ECF No. 17). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | November 17, 2017 | January 15, 2018 |
| Expert Disclosures | December 15, 2017 | February 16, 2018 |
| Supplemental Expert Disclosures | January 19, 2018 | March 16, 2018 |
| Completion of Expert Discovery | February 16, 2018 | April 13, 2018 |
| All Dispositive Motions shall be heard on or before | March 23, 2018 | May 18, 2019 |
| File Joint Pretrial Conference Statement | July 6, 2018 | Vacated. To be reset after the court resolves any dispositive motions. |

1

| Final Pretrial Conference | July 27, 2018 | Vacated. To be reset after the court resolves any dispositive motions. |
|---|---|---|
| Trial Briefs Due | August 27, 2018 | Vacated. To be reset after the court resolves any dispositive motions. |
| Jury Trial | September 10, 2018 | Vacated. To be reset after the court resolves any dispositive motions. |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 17).

IT IS SO ORDERED.

DATED: August 11, 2017.

_____
UNITED STATES DISTRICT JUDGE